UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD SEROSKI, and DIANA SEROSKI,

    Plaintiffs,

v.                                       CASE NO.: 6:15-CV-1899-ACC-KRS

TD BANK, N.A.

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiffs, Ronald Seroksi and Diana Seroski (the "*Seroskis*"), and Defendant, TD Bank, N.A. ("TD Bank") stipulate and agree as follows, pursuant to Fed. R. Civ. Pro. 41:

1. All claims asserted, or that could have been asserted, by the Seroskis against TD Bank in this action are hereby dismissed with prejudice.

2. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses.

RONALD SEROSKI AND DIANA SEROSKI

By their Attorneys,

_____
Frank H. Kerney, III, Esquire
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 223-5402
FKerney@ForThePeople.com

TD BANK, N.A.

By its Attorneys,

_____
Michael J. Shuman
Duane Morris LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318
Tel: 305.960.2318
Fax: 305.397.1692
mjshuman@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on ~~January~~ February 5, 2016.

Frank H. Kearney, III